Delaware-Montgomery Mortgage Company *v.* James W. Baird Building Association, Appellant.

Argued April 29, 1964. Before JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

*Louis S. Cali,* with him *Paul M. Rosenwey,* for appellant.

*D. Arthur Magaziner,* with him *Milton P. King,* and *Mancill, Sterling, Magaziner, Semans and Hedges,* for appellee.

OPINION PER CURIAM, May 27, 1964:
Judgment affirmed.